*In re* EXTENSIÓN DE TÉRMINOS.

*Número:* EM-96-6          *Resuelto:* 11 de septiembre de 1996

## RESOLUCIÓN

Sala Especial de Verano integrada por el Juez Presidente Señor Andréu García y los Jueces Asociados Señores

Negrón García, Hernández Denton y Corrada Del Río.

Desde el domingo 8 de septiembre de 1996 se emitió para Puerto Rico un aviso de tormenta tropical y una vigilancia de huracán. En vista de ello, se decretó la suspensión de los trabajos ordinarios de la Rama Ejecutiva para el día siguiente, 9 de septiembre. Así, también, se decretó la suspensión de los trabajos judiciales.

Debido a los efectos del huracán Hortensia, desde la madrugada de 10 de septiembre los servicios de energía eléctrica, agua, alcantarillado y teléfono han quedado interrumpidos en toda la isla. Muchas estructuras donde albergan las facilidades de los tribunales han quedado seriamente afectadas. Ello ha ocasionado que los señalamientos judiciales pautados para los días 10 al 13 de septiembre hayan tenido que ser suspendidos en todas las regiones judiciales del país.

A tal efecto, y al amparo de nuestra facultad inherente para reglamentar los procedimientos judiciales, se dispone que en el cómputo de los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales se excluyan los días del 9 al 13 de septiembre de 1996, inclusive ambos. Esto es, que se extiendan por cinco (5) días laborables, *a partir de la fecha del vencimiento*, los términos que expiraban durante los días aquí excluidos.

Igualmente, se prorrogan hasta el 16 de septiembre de 1996 los términos para la presentación de los Índices Notariales y para la notificación a la Oficina de Inspección de Notarías de este Tribunal de los poderes y testamentos que hayan sido otorgados durante el período comprendido del 6 al 12 de septiembre de 1996, inclusive ambos.

*Se ordena la inmediata difusión de esta resolución y, además, su publicación por la Oficina de la Compiladora y*

*Publicista de Jurisprudencia, la Oficina de Administración de los Tribunales y el Colegio de Abogados de Puerto Rico.*

Lo acordó el Tribunal y certifica el señor Secretario del Tribunal Supremo.

<div align="center">

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario del Tribunal Supremo*